IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TINA YAYOI TURLEY,<br><br>   Debtor.<br><br>BANK OF THE WEST,<br>(and its Successors and Assignees)<br><br>   Garnishee. | Case No. 2:22-MC-00228-WBS-CKD<br><br>[PROPOSED] PROTECTIVE ORDER<br><br>Criminal Case No. 2:06-CR-00184-LKK |

The Court, having reviewed the United States' Request for Protective Order Pursuant to Fed. R. Civ. Proc. 5.2(e), and good cause appearing therefrom, hereby GRANTS the Request. Accordingly, IT IS ORDERED that the Clerk of the Court is directed to docket the Application attached to the United States' Request in place of the document currently linked to ECF No. 1.

IT IS SO ORDERED.

Dated:  July 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE