IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TINA YAYOI TURLEY,<br><br>　　　　　Debtor.<br><br>BANK OF THE WEST,<br>(and its successors and assignees)<br><br>　　　　　Garnishee. | Case No. 2:22-MC-00228-WBS-CKD<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 2:06-CR-00184-LKK |

　　　The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED that:

　　　1.　　　Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Continuing Garnishment issued on August 2, 2022, is hereby TERMINATED; and

　　　2.　　　The Clerk of the United States District Court shall CLOSE this miscellaneous case.

　　　IT IS SO ORDERED.

Dated:  August 23, 2022

　　　　　　　　　　　　　　　　　　　　　／s／ William B. Shubb
　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order Terminating Writ of Continuing Garnishment